

**NUMBER 13-09-00420-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**IKON OFFICE SOLUTIONS, INC.,**                              **Appellant,**

**v.**

**INTEGRITY COMMUNICATIONS, LTD.,**                              **Appellee.**

---

**On appeal from the County Court at Law No. 4
of Nueces County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Yañez, Benavides, and Vela
Memorandum Opinion Per Curiam**

Appellant perfected an appeal from a judgment entered by the County Court at Law No. 4 of Nueces County, Texas, in cause number 03-62540-4. Appellant has filed an unopposed motion to dismiss the appeal on grounds that the parties have reached an

agreement to settle and compromise their differences. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 22nd day of October, 2009.